# CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the attached Amended Schedules have been served by CM/ECF to Jack W. Gooding, Chapter 13 Standing Trustee; Assistant United States Trustee; and served by U.S. Mail, postage prepaid to the following on June 3, 2025:

| | |
|---|---|
| Department of Finance and Administration<br>Legal Division<br>P.O. Box 1272<br>Little Rock, AR 72203 | AR Department of Workforce Services<br>Legal Division<br>P.O. Box 2981<br>Little Rock, AR 72203 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | U.S. Attorney, Western District<br>414 Parker Ave.<br>Fort Smith, AR 72902 |

And via electronic notice or U.S. mail to all creditors whose names and addresses are set forth on the following creditor matrix.

                                                Honey Law Firm, P.A.
                                                P.O. Box 1254
                                                Hot Springs, AR 71902
                                                (501) 321-1007 Telephone
                                                (877) 697-1777 Facsimile
                                                alexandra@honeylawfirm.com

                                                */s/Alexandra Honey*
                                                Alexandra Honey (86091)