21st Mortgage Corp
Attn: Bankruptcy
620 Market Street
Knoxville, TN 37902


Westlake Portfolio Management
Attn: Bankruptcy
Po Box 76809
Los Angeles, CA 90054


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107


First State Bank of Dequeen
402 West Collin Ray Dr
De Queen, AR 71832


Kikoff Lending
75 Broadway Ste 226
San Francisco, CA 94111


Renee Price
Padgett Law Group
6267 Old Water Oak Rd
Suite 203
Tallahassee, FL 32312